IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00418-DW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **JIMMY DANG**,
2. LISA YANG,
3. QI LIN WU,
4. SANG TENG,

       Defendants.
_____

**UNITED STATES' SECOND BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, and hereby files the following First Bill of Particulars:

1.    In the Forfeiture Allegation on page two of the Indictment returned on September 11, 2018, the United States alleged that, pursuant to 21 U.S.C. § 853, it would seek forfeiture of all property constituting or derived from proceeds obtained from, directly or indirectly, and in all property used, or intended to be used in, the commission of the offenses alleged in Count One of the Indictment, including, but not limited to, a money judgment in the amount of proceeds obtained by the defendants.

2.    Accordingly, the United States gives notice that as a result of the violations of title 21 U.S.C. 841(a)(1) as alleged in Count One of the Indictment, and by

this reference fully incorporated herein, the United States seeks forfeiture of the defendant's interest in the following:

    a) 21867 Road V, Lewis, Colorado, 81327, more fully described as:

Subdivision: OLD MINERS HOME Lot: 2B S: 6 T: 37 R: 16 4.03AC B624 P96 B637 P206

DATED this 19th day of March 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

s/ *Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Elizabeth.Young2@usdoj.gov